NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VOESTALPINE STAHL GMBH,**
*Appellant*

**v.**

**ARCELORMITTAL,**
*Appellee*

---

2016-1407

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. 95/001,214, 95/001,350, 95/001,353.

---

## JUDGMENT

---

MAXWELL JAMES PETERSEN, Lewis Brisbois Bisgaard & Smith, LLP, Chicago, IL, argued for appellant.

DAVID JAMES CUSHING, Sughrue Mion, PLLC, Washington, DC, argued for appellee. Also represented by RICHARD CLAY TURNER; MARK JAMES DEBOY, Edell Shapiro and Finnan, Gaithersburg, MD.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, LOURIE, and CLEVENGER, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| | |
|---|---|
| October 11, 2016 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |